FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1073

**Short Case Caption:** Savvy Dog Systems, LLC v. Pennsylvania Coin, LLC

**Filing Party/Entity:** Savvy Dog Systems, LLC, POM of Pennsylvania, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| M.D. Pa. | 3:19-cv-01470-JPW | Patent |

Relief sought on appeal: ☐ None/Not Applicable

(1) reversal of portion of claim construction Order; (2) reversal of judgment of non-infringement; and (3) reversal of summary judgment of patent invalidity

Relief awarded below (if damages, specify): ☐ None/Not Applicable

(1) judgment of non-infringement on Appellees' counterclaim for declaratory judgment of non-infringement; and (2) summary judgment of patent ineligibility pursuant to 35 U.S.C. § 101.

Briefly describe the judgment/order appealed from:

(1) Court's construction of "an actual game to be played"; (2) portion of Court's Order/Opinion on Appellees' Motion to Dismiss finding that the claims of the asserted patent are directed to an abstract idea; (3) Court's Order entering judgment of non-infringement based on the construction of "an actual game to be played"; (4) Court's Order granting summary judgment of patent invalidity under 35 U.S.C. § 101; and (5) the Court's final judgment for the Appellees.

Nature of judgment (select one):          Date of judgment: 9/19/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

**FORM 26. Docketing Statement**                                              Form 26 (p. 2)
                                                                                July 2020

Name and docket number of any related cases pending before this court, and the
name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

1. Whether the District Court erred in construing "an actual game to be played" to mean "the constructed game field of the game to be played."
2. Whether the District Court erred in holding that the claims of the asserted patent are each ineligible for patent protection under 35 U.S.C. § 101.

Have there been discussions with other parties relating to settlement of this case?

☑     Yes   ☐     No

If "yes," when were the last such discussions?

    ☐  Before the case was filed below
    ☑  During the pendency of the case below
    ☐  Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?        ☐ Yes      ☑ No

If they were mediated, by whom?

n/a

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

Appellants do not believe that mediation at this time would be fruitful. From Appellants'
perspective, settlement would require the Appellees to recognize the validity of the asserted
patent, which is unlikely to occur without an order vacating the Court's determination of patent
invalidity under 35 U.S.C. § 101.

Provide any other information relevant to the inclusion of this case in the court's
mediation program.

n/a

Date: __11/7/22_____        Signature: __/s/ Steven G. Hill_____

                                  Name:     __Steven G. Hill_____

Save for Filing