FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1073

**Short Case Caption:** Savvy Dog Systems, LLC v. Pennsylvania Coin, LLC

**Filing Party/Entity:** Appellees / Pennsylvania Coin, LLC; PA Coin Holdings, LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| M.D. Pa. | 19-cv-1470 | Civil |

Relief sought on appeal: ☐ None/Not Applicable

Affirmance of the District Court's entry of judgment in Appellee's favor.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

The District Court entered judgment of noninfringement and patent ineligibility in favor of Appellees.

Nature of judgment (select one):          Date of judgment: 9/19/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                        _____

**FORM 26. Docketing Statement**                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the
name of the writing judge if an opinion was issued.   ☑ None/Not Applicable

Issues to be raised on appeal:   ☐ None/Not Applicable

Whether the judgment below should be affirmed.

Have there been discussions with other parties relating to settlement of this case?

☐    Yes    ☑    No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?        ☐ Yes    ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

The parties fundamentally disagree on the merits of each other's claims.

Provide any other information relevant to the inclusion of this case in the court's
mediation program.

None

Date:   11/7/22                Signature:   /s/ John V. Gorman

                               Name:        John V. Gorman

Save for Filing