**2023-1073**

---

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,

*Plaintiffs-Appellants,*

v.

PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,

*Defendants-Appellees.*

---

Appeal from the United States District Court for the Middle District of Pennsylvania, Case No. 3:19-cv-01470, Judge Jennifer P. Wilson

---

### APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Federal Circuit Rules 26 and 27, Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC respectfully move for a 14-day extension of the deadline to file their opening brief, which is currently due December 23, 2022.  This is Appellants' first request for an extension of time relating to their opening brief, and the Court has granted no days of extension to Appellants previously in this appeal.  The extension sought would extend the due date for Appellants' brief up to and including Friday, January 6, 2023.  Counsel for Appellees have indicated that Appellees will not oppose this motion.

Dated: December 8, 2022               Respectfully submitted,

/s/ Steven G. Hill
Steven G. Hill
David K. Ludwig
Hill, Kertscher & Wharton
3625 Cumberland Blvd., Suite 1050
Atlanta, GA 30339
Phone: 770-953-0995
Fax: 770-953-1358
sgh@hkw-law.com
dludwig@hkw-law.com

*Attorneys for Plaintiffs-Appellants
Savvy Dog Systems, LLC and POM of
Pennsylvania, LLC*

## CERTIFICATE OF COMPLIANCE

I, Steven G. Hill, counsel for Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and a member of the Bar of this Court, certify that the attached Unopposed Motion for Extension of Time to File Opening Brief is proportionately spaced, has a typeface of 14 points or more, and contains 100 words.

Dated: December 8, 2022

Respectfully submitted,

/s/ Steven G. Hill
Steven G. Hill
David K. Ludwig
Hill, Kertscher & Wharton
3625 Cumberland Blvd., Suite 1050
Atlanta, GA 30339
Phone: 770-953-0995
Fax: 770-953-1358
sgh@hkw-law.com
dludwig@hkw-law.com

*Attorneys for Plaintiffs-Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

FORM 9. Certificate of Interest                                                             Form 9 (p. 1)
                                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2023-1073

**Short Case Caption** Savvy Dog Systems, LLC v. Pennsylvania Coin, LLC

**Filing Party/Entity** Savvy Dog Systems, LLC, POM of Pennsylvania, LLC

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/08/2022              Signature:   /s/ Steven G. Hill

                              Name:        Steven G. Hill

**FORM 9. Certificate of Interest**                                                            Form 9 (p. 2)  
                                                                                                                                        July 2020

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Savvy Dog Systems, LLC | | |
| POM of Pennsylvania, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 3)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐　　None/Not Applicable　　　　☐　　Additional pages attached

| | | |
|---|---|---|
| John North<br>Hill, Kertscher & Wharton LLP | Martha L. Decker<br>Hill, Kertscher & Wharton, LLP | Matthew H. Haverstick<br>Kleinbard LLC |
| Eric J. Schreiner<br>Kleinbard LLC | Paul G. Gagne<br>Kleinbard LLC | Shohin H. Vance<br>Kleinbard LLC |
| James G. Gorman, III<br>Kleinbard, LLC | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐　　None/Not Applicable　　　　☐　　Additional pages attached

| | | |
|---|---|---|
| Savvy Dog Systems, LLC v.<br>Pennsylvania Coin, LLC<br>No 5:21-mc-00021-BM (E.D.N.C.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑　　None/Not Applicable　　　　☐　　Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which thereby served a copy upon all counsel of record via email or electronic means.

/s/ Steven G. Hill
Steven G. Hill
