**2023-1073**

_____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,

*Plaintiffs-Appellants,*

v.

PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,

*Defendants-Appellees.*

_____

Appeal from the United States District Court for the Middle District of Pennsylvania, Case No. 3:19-cv-01470, Judge Jennifer P. Wilson

_____

## APPELLANTS' CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Federal Circuit Rules 26 and 27, Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC respectfully move for a 14-day extension of the deadline to file their opening brief, which is currently due December 23, 2022. This is Appellants' first request for an extension of time relating to their opening brief, and the Court has granted no days of extension to Appellants previously in this appeal. The extension sought would extend the due date for Appellants' brief up to and including Friday, January 6, 2023. Counsel for Appellees have indicated that Appellees will not oppose this motion.

Appellants are requesting this extension due to scheduling conflicts that have impeded Appellants' counsel's preparation of this opening brief. Most notably, the undersigned, who are responsible for drafting Appellants' brief, are currently preparing summary judgment motions and related briefs in a trademark and patent case presently pending in the Northern District of Georgia, *Sanho Corporation v. Kaijet Tech. Internat'l Ltd.*, et al, No. 1:18-cv-05385-SDG. Until yesterday, the deadline for summary judgment motions was December 16, 2022. Yesterday Judge Grimberg entered an order extending the due date for these motions through December 23, 2022. This and other scheduling conflicts necessitate the requested extension. The requested extension of time will allow Appellants the opportunity to fully present their arguments without causing prejudice to the other parties to this appeal.

 Dated: December 16, 2022          Respectfully submitted,

                                  /s/ Steven G. Hill
                                  Steven G. Hill
                                  David K. Ludwig
                                  Hill, Kertscher & Wharton
                                  3625 Cumberland Blvd., Suite 1050
                                  Atlanta, GA 30339
                                  Phone: 770-953-0995
                                  Fax: 770-953-1358
                                  sgh@hkw-law.com
                                  dludwig@hkw-law.com

                                  *Attorneys for Plaintiffs-Appellants*

2

3

*Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1073

**Short Case Caption** Savvy Dog Systems, LLC v. Pennsylvania Coin, LLC

**Filing Party/Entity** Savvy Dog Systems, LLC, POM of Pennsylvania, LLC

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/16/2022

Signature:    /s/ Steven G. Hill

Name:    Steven G. Hill

**FORM 9. Certificate of Interest**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. <br><br> ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. <br><br> ☑ None/Not Applicable |
| Savvy Dog Systems, LLC | | |
| POM of Pennsylvania, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable           ☐   Additional pages attached

| | | |
|---|---|---|
| John North<br>Hill, Kertscher & Wharton LLP | Martha L. Decker<br>Hill, Kertscher & Wharton, LLP | Matthew H. Haverstick<br>Kleinbard LLC |
| Eric J. Schreiner<br>Kleinbard LLC | Paul G. Gagne<br>Kleinbard LLC | Shohin H. Vance<br>Kleinbard LLC |
| James G. Gorman, III<br>Kleinbard, LLC | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable           ☐   Additional pages attached

| | | |
|---|---|---|
| Savvy Dog Systems, LLC v.<br>Pennsylvania Coin, LLC<br>No 5:21-mc-00021-BM (E.D.N.C.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable           ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# CERTIFICATE OF COMPLIANCE

I, Steven G. Hill, counsel for Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and a member of the Bar of this Court, certify that the attached Corrected Unopposed Motion for Extension of Time to File Opening Brief is proportionately spaced, has a typeface of 14 points or more, and contains 227 words.

Dated: December 16, 2022

Respectfully submitted,

/s/ Steven G. Hill
Steven G. Hill
David K. Ludwig
Hill, Kertscher & Wharton
3625 Cumberland Blvd., Suite 1050
Atlanta, GA 30339
Phone: 770-953-0995
Fax: 770-953-1358
sgh@hkw-law.com
dludwig@hkw-law.com

*Attorneys for Plaintiffs-Appellants*
*Savvy Dog Systems, LLC and POM of*
*Pennsylvania, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which thereby served a copy upon all counsel of record via email or electronic means.

/s/ Steven G. Hill
Steven G. Hill