**No. 2023-1073**

In the United States Court of Appeals
For the Federal Circuit

SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,
*Plaintiffs - Appellants*

v.

PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,
*Defendants - Appellees*

Appeal from the United States District Court
for the Middle District of Pennsylvania
No. 19-cv-1470, Hon. Jennifer P. Wilson

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

MORGAN, LEWIS & BOCKIUS LLP
Amy M. Dudash
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-7293

MORGAN, LEWIS & BOCKIUS LLP
John V. Gorman
Julie S. Goldemberg
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Counsel for Appellees*

**CERTIFICATE OF INTEREST**

| | |
|---|---|
| **Case Number** | 2023-1073 |
| **Short Case Caption** | *Savvy Dog Systems, LLC v. Pennsylvania Coin, LLC* |
| **Filing Party/ Entity** | Appellees / Pennsylvania Coin, LLC; PA Coin Holdings, LLC |

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

*/s/ John V. Gorman*

John V. Gorman
*Counsel for Appellees Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

Dated: January 20, 2023

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Pennsylvania Coin, LLC | | |
| PA Coin Holdings, LLC | | |

1

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

| Ahren C. Hsu-Hoffman (Morgan, Lewis & Bockius LLP) | Kenneth J. Davis (Morgan, Lewis & Bockius LLP) | |
|---|---|---|

5. Related Cases. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable

6. Organizational Victims and Bankruptcy Cases. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable

2

In accordance with Federal Circuit Rule 26(b), Appellees Pennsylvania Coin, LLC and PA Coin Holdings, LLC respectfully move for a 50-day extension of the time within which they may file their brief. Counsel for Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC have advised that Appellants do not oppose this motion.

On October 24, 2022, this appeal was docketed. After receiving a single extension of 14 days, Appellants filed their principal brief on January 4, 2023. Pursuant to Federal Circuit Rule 31(a)(1), the Brief of Appellees is presently due on or before February 13, 2023, which is within 40 days after the Brief of Appellants was served. Appellees respectfully request that this deadline be extended by 50 days to April 4, 2023. Appellees have not previously sought an extension of time for filing their brief. As set forth in the accompanying declaration of counsel, there is good cause for a 50-day extension, as the existing briefing schedule conflicts with professional obligations of Appellees' counsel.

Appellees respectfully requests that this motion be granted.

Dated: January 20, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:    */s/ John V. Gorman*

MORGAN, LEWIS & BOCKIUS LLP
   Amy M. Dudash
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-7293

MORGAN, LEWIS & BOCKIUS LLP
   John V. Gorman
   Julie S. Goldemberg
1701 Market Street
Philadelphia, PA 19103

3

(215) 963-5000

*Counsel for Appellees*
*Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## No. 2023-1073

## In the United States Court of Appeals
## For the Federal Circuit

SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,
*Plaintiffs - Appellants*

v.

PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,
*Defendants - Appellees*

Appeal from the United States District Court
for the Middle District of Pennsylvania
No. 19-cv-1470, Hon. Jennifer P. Wilson

### DECLARATION OF JOHN V. GORMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

1.    I am a partner at Morgan, Lewis & Bockius LLP and counsel to Appellees Pennsylvania Coin, LLC and PA Coin Holdings, LLC in this appeal. I am submitting this declaration of counsel in support of Appellees' motion for a 50-day extension of time to file their brief.

2.    On October 24, 2022, this appeal was docketed.

3.    After receiving a single extension of 14 days, Appellants filed their principal brief on January 4, 2023.

4.    Pursuant to Federal Circuit Rule 31(a)(1), the Brief of Appellees is presently due on or before February 13, 2023, which is within 40 days after the Brief of Appellants was served.

5.    Appellees respectfully request that this deadline be extended by 50 days to April 4, 2023.

6.    Appellees have not previously sought an extension of time for filing their brief.

7.    The additional time is requested to accommodate the professional obligations of Appellees' counsel.  Those obligations collectively include:

- Preparation and filing of the opening brief in *Elmagin Capital LLC v. Chao Chen*, Nos. 22-2739, 22-2813, 22-2889, 22-3104 (3rd Cir.); the brief is currently due on February 2, 2023, after one extension;

- Preparation and filing of the opening brief in *Textron Aviation Defense LLC v. US*, No. 23-1042 (Fed. Cir.); the brief is currently due on February 14, 2023, after one extension;

- Close of fact discovery in a private and confidential arbitration; fact discovery is set to close on February 17, 2023;

- Preparation for and trial in *DeCurtis LLC v. Carnival Corporation*, No. 1:20-cv-22945 (S.D. Fl.); trial is scheduled to begin on February 27, 2023;

- Preparation and filing of the intervenors' brief in *Q3 Networking LLC v. ITC*, No. 22-1957 (Fed. Cir.); the brief is due on March 17, 2023, after one extension; and

- Close of fact discovery in *REGENXBIO Inc. v. Sarepta Therapeutics*, No. 1:20-cv-01226 (D. Del.); fact discovery is set to close on March 17, 2023.

8.     Pursuant to Federal Circuit Rule 27(a)(2), counsel for Appellees have conferred with counsel for Appellants Savvy Dog Systems, LLC and POM of Pennsylvania, LLC, who advised that Appellants do not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:     */s/ John V. Gorman*

|  |  |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Amy M. Dudash | John V. Gorman |
| 1201 N. Market Street, Suite 2201 | Julie S. Goldemberg |
| Wilmington, DE 19801 | 1701 Market Street |
| (302) 574-7293 | Philadelphia, PA 19103 |
|  | (215) 963-5000 |

***Counsel for Appellees***
***Pennsylvania Coin, LLC and PA Coin Holdings, LLC***

7

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Circuit Rule 27(d).

1.  Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 174 words.

2.  The motion has been prepared in proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6).  As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

*/s/ John V. Gorman*
John V. Gorman
*Counsel for Appellees Pennsylvania*
*Coin, LLC and PA Coin Holdings, LLC*

Dated: January 20, 2023

8