NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,**
*Plaintiffs-Appellants*

**v.**

**PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,**
*Defendants-Appellees*

---

2023-1073

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 3:19-cv-01470-JPW, Judge Jennifer P. Wilson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellees' unopposed motion to file a corrected response brief,

2  SAVVY DOG SYSTEMS, LLC v. PENNSYLVANIA COIN, LLC

IT IS ORDERED THAT:

(1)  The motion is granted. ECF No. 16-2 pages 2–76 is accepted as appellees' corrected response brief.

(2)  Appellants should calculate the due date for the reply brief from the date of entry of this order.

FOR THE COURT

April 18, 2023    /s/ Peter R. Marksteiner
Date       Peter R. Marksteiner
         Clerk of Court