# United States Court of Appeals
# for the Federal Circuit

---

**SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,**

*Plaintiffs-Appellants*

v.

**PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,**

*Defendants-Appellees*

---

2023-1073

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 3:19-cv-01470-JPW, Judge Jennifer P. Wilson.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 21, 2024
Date

Jarrett B. Perlow
Clerk of Court